IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 13-236 |
| MOHAMED MANSARAY | : | NO. 15-526 |

<u>ORDER</u>

AND NOW, this 10th day of June, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the petition of defendant Mohammed Mansaray for an order transferring him to home confinement is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.